# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ROY R. ENNENGA & CYNTHIA S. ENNENGA  Case Number: 04-71826
P.O. BOX 33
OREGON, IL  61061
SSN-xxx-xx-1647 & xxx-xx-7894

Case filed on: 4/6/2004
Plan Confirmed on: 10/29/2004

D Dismissed

Total funds received and disbursed pursuant to the plan: $15,742.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY PHILIP H HART | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | ILLINOIS DEPARTMENT OF EMPLOYMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ILLINOIS DEPARTMENT OF REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 604.05 | 604.05 | 604.05 | 0.00 |
|  | Total Priority | 604.05 | 604.05 | 604.05 | 0.00 |
| 999 | ROY R. ENNENGA | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICREDIT | 3,500.00 | 3,500.00 | 3,500.00 | 305.30 |
|  | Total Secured | 3,500.00 | 3,500.00 | 3,500.00 | 305.30 |
| 001 | AMERICREDIT | 7,075.24 | 7,075.24 | 5,210.79 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 176.70 | 176.70 | 130.14 | 0.00 |
| 005 | ACCOUNT RECOVERY SERVICES | 678.80 | 678.80 | 499.93 | 0.00 |
| 006 | AMCORE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CHECK IT | 83.27 | 83.27 | 61.32 | 0.00 |
| 008 | CHRISTINA ENNENGA | 1,100.00 | 1,100.00 | 810.14 | 0.00 |
| 009 | CITY OF OREGON | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CLARK OIL | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | COLLECTION PROFESSIONALS | 47.25 | 47.25 | 34.80 | 0.00 |
| 012 | COMED CO | 572.54 | 572.54 | 421.67 | 0.00 |
| 013 | COMPUTER COLLECTION SERVICE CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CREDIT PROTECTION ASSOC. LP | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | FEATHERSTONE CLINIC | 396.00 | 143.74 | 143.74 | 0.00 |
| 016 | GLEN ORR D.D.S. | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | H&R BLOCK | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ECAST SETTLEMENT CORPORATION | 1,483.31 | 1,483.31 | 1,092.43 | 0.00 |
| 019 | ECAST SETTLEMENT CORPORATION | 399.95 | 399.95 | 294.55 | 0.00 |
| 020 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | J&L OIL INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | JNR ADJUSTMENT COMPANY INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | MT. MORRIS MOBILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | NCO FINANCIAL STYSTEMS INC-NCO-TPA | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | NICOR GAS | 345.33 | 345.33 | 254.33 | 0.00 |
| 026 | NORTH SHORE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | OXMOOR HOUSE | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | PIZZA HUT | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | PUBLISHERS CLEARINGHOUSE | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | RISK MANAGEMENT ALTERNATIVES INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | ROCKFORD ANESTHESIOLOGISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | ROCKFORD MERCANTILE AGENCY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | ROCKFORD ORTHOPEDIC ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | ROCKFORD RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | TELECHECK RECOVERY SERVICES INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | THE HEARST CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | AFNI/VERIZON | 1,761.35 | 1,761.35 | 1,297.20 | 0.00 |
| 038 | MARK SAMUELSON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 14,119.74 | 13,867.48 | 10,251.04 | 0.00 |
|  | Grand Total: | 18,223.79 | 17,971.53 | 14,355.09 | 305.30 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $14,660.39 |
| Trustee Allowance: | $1,081.61 |
| Percent Paid Unsecured: | 73.92 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

                                              /s/ Lydia S. Meyer
                                              Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on <u>10/30/2008</u>          By <u>/s/Heather M. Fagan</u>